**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DARLEEN STEWART,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S, INC. and WATTERSON ENVIRONMENTAL GROUP, LLC,<br><br>Defendants. | CAUSE NO.: 1-22-cv-847 |

**JOINT NOTICE OF REMOVAL**

Defendants Kohl's, Inc. ("Kohl's") and Watterson Environmental Group, LLC ("Watterson") respectfully give notice of the removal of this civil action from the Marion Superior Court No. 6, State of Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Kohl's states as follows:

1. On March 24, 2022, Plaintiff Darleen Stewart ("Plaintiff") filed a Summons and Complaint for Damages and Request for Jury Trial in the Marion Superior Court No. 6, State of Indiana, under cause number 49D06-2203-CT-09730. (Exhibit A, Complaint for Damages).

2. Plaintiff alleges that she sustained serious and permanent physical injuries at the Kohl's department store located on Crawfordsville Road in Indianapolis, Marion County, Indiana, when she "tripped and fell over a negligently placed power cord". (Id. ¶ 2). Plaintiff claims alleges that her fall was caused by the negligence of Kohl's and Watterson in failing to exercise reasonable care in the inspection and maintenance of the premises for defects and conditions rendering the premises unsafe. (Id. ¶ 5,7). Plaintiff further alleges that Kohl's and

Watterson were negligent in failing to warn her of the dangerous and unsafe condition on the premises. (Id. ¶ 6).

3. Plaintiff is domiciled in Marion County, Indiana. Plaintiff is therefore a citizen of the State of Indiana for the purposes of diversity jurisdiction.

4. Kohl's is a Delaware corporation, with its principal place of business in in the state of Wisconsin. Kohl's is therefore a citizen of the states of Delaware and Wisconsin for the purposes of diversity jurisdiction.

5. Watterson is an Illinois limited liability company. The sole member of Watterson is Billy Watterson, an individual domiciled in the state of South Carolina. Watterson is therefore a citizen of the state of South Carolina for the purposes of diversity jurisdiction. *Camico Mut. Ins. Co. v. Citizens Bank*, 474 F.3d 989, 992 (7th Cir. 2007) (holding that a limited liability company (LLC) has the citizenship of all of its members).

6. Because Kohl's and Watterson are citizens of different states than Plaintiff, complete diversity of citizenship exists.

7. Based on Kohl's and Watterson's information and belief, the amount in controversy exceeds $75,000.00. Under 28 U.S.C. § 1446(c)(2)(B), removal is appropriate if the court finds by a preponderance of the evidence that the amount in controversy exceeds $75,000. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87-89 (2014) (holding that "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold" and "should be accepted when not contested by the plaintiff or questioned by the Court"). Information currently available to Defendants indicates that Plaintiff alleges personal injuries, including a right shoulder injury potentially involving the rotator cuff, and injuries to both knees. The Complaint has an open prayer for

damages and alleges that Plaintiff sustained "serious injuries," which have caused her "medical expenses, lost wages and other special expenses," as well as "future medical expenses [and] lost wages." (Exhibit A, Complaint for Damages, ¶ 9).

8. Because Kohl's and Watterson are citizens of different states than Plaintiff and the amount in controversy exceeds the jurisdictional threshold, diversity jurisdiction exists under 28 U.S.C. 1332(a).

9. None of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

10. The United States District Court for the Southern District of Indiana, Indianapolis Division, is the United States District Court and division embracing the Marion Superior Court, State of Indiana, where this action was filed and is pending. Venue is therefore proper in the United States District Court for the Southern District of Indiana, Indianapolis Division, under 28 U.S.C. § 1441(a).

11. Copies of the Summons and Complaint for Damages and Request for Jury Trial were served upon Kohl's and Watterson on April 1, 2022, by certified mail.

12. Kohl's and Watterson are filing this Notice of Removal with this Court within thirty (30) days after service of Plaintiff's Summons and Complaint for Damages and Request for Jury Trial. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

13. Copies of all pleadings, process, and orders served upon Kohl's and Watterson in the state court action are attached as Exhibit A, as required by 28 U.S.C. § 1446(a).

14. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on Plaintiff, and is being filed with the Clerk of the Marion Superior Court No. 6.

15. Kohl's and Watterson expressly reserve all available defenses. By removing this action to this Court, Kohl's and Watterson do not waive any rights or defenses available under federal or state law. Nothing in this Notice of Removal shall be construed as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

**WHEREFORE**, Defendants Kohl's, Inc. and Watterson Environmental Group, LLC respectfully request that the entire state court action now pending in the Marion Superior Court, State of Indiana, as Cause Number 49D06-2203-CT-09730 be removed to this Court for all further proceedings and that no further proceedings be held in the Marion Superior Court, State of Indiana.

Dated this 29th day of April, 2022.

Respectfully Submitted,

*/s/Matthew J. Jankowski*
Matthew J. Jankowski (#20972-49)
KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: MJJankowski@kopkalaw.com

*/s/ John M. DeCastro (with permission)*
John M. DeCastro (#21592-49)
Law Offices Hartford Financial Services Group
200 W. Madison, Suite 501
Chicago, IL 60606
Tel: (312) 782-7191
Fax: (877) 369-4880
Email: John.Decastro@thehartford.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of April, 2022, a true and correct copy of the foregoing was electronically filed with the court's CM/ECF system and served upon the following counsel of record:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd.
Bloomington, IN 47404

*/s/ Matthew J. Jankowski*
Matthew J. Jankowski