STATE OF INDIANA        )          IN THE MARION SUPERIOR COURT
                             ) SS:

COUNTY OF MARION     )          CAUSE NO.

DARLEEN STEWART

     VS.

KOHL'S, INC. and WATTERSON
ENVIRONMENTAL GROUP, LLC

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Darleen Stewart, by counsel, Ken Nunn Law Office, and for cause of action against the defendants, Kohl's, Inc. And Watterson Environmental Group, LLC,  alleges and says:

1.     That on or about November 23, 2021, the plaintiff, Darleen Stewart, was a customer at the Kohl's department store, located at 5660 Crawfordsville Rd., in Indianapolis, Marion County, Indiana.

2.     That on or about November, 23, 2021, the plaintiff, Darleen Stewart, tripped and fell over a negligently placed power cord at said location, causing the plaintiff to suffer serious injuries.

3.     That it was the duty of the defendants to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his/her lawful use of same.

4.     That it was the duty of the defendants to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5.     That it was the duty of the defendants to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6.     That it was the duty of the defendants to warn plaintiff of the dangerous and unsafe condition existing on said premises.

-2-

7.      That the defendants knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

8.      That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendants who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.      That the aforesaid acts of negligence on the part of the defendants were the proximate cause of the injuries sustained by the plaintiff.

10.      That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendants' negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    *s/ Rom Byron*
       Rom Byron, #21268-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: romb@kennunn.com

-3-

## **REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:   _s/ Rom Byron_____
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com


Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Darleen Stewart<br>3419 Oceanline Drive<br>Indianapolis, IN 46214 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Rom Byron #21268-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE:      812 332-9451<br>FAX:          812 331-5321<br>Email: rom@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Rom Byron
_____
**Attorney-at-Law**
**(Attorney information shown above.)**

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Darleen Stewart

                    Plaintiff(s)

             VS.                                    No. _____

Kohl's, Inc. and Watterson Environmental Group, LLC

                    Defendant(s)
                              **SUMMONS**

The State of Indiana to Defendant: **Kohl's, Inc., c/o Corporation Creations Network Inc., 8520 Allison Pointe Blvd, #220, Indianapolis, IN 46250**

         You have been sued by the person(s) named "plaintiff" in the court stated above.

         The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

         You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

         If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

         3/24/2022

Date:_____                              _Myla A. Eldridge_____

                                                   _____
                                                   CLERK, MARION CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404

                    **ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

         A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

                                                   _____
                                                   SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

                    KEN NUNN LAW OFFICE

                    BY: _/s/ ROM BYRON_____
                    ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

        Dated this __ day of _____, 2022.

                                        _____
                                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

                                        _____
                                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

        Dated this __ day of _____, 2022.

                                        _____
                                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.

        1.      By mailing a copy of the summons and complaint personally to _____ address _____ _____.
        2.      By delivering a copy of summons and complaint personally to _____.
        3.      By leaving a copy of the summons and complaint at _____th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____ h is last known address.
        4.      By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
        5.      Defendant cannot be found in my bailwick and summons was not served.

        And I now return this writ this __ day of _____, 2022.

                                          _____
                                          SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

        1.      By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
        2.      By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
        3.      _____an d by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).
        All done in MARION County, Indiana.

Fees:  $_____

                                          _____
                                      SHERIFF or DEPUTY

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Darleen Stewart

Plaintiff(s)

VS.                                                      No. _____

Kohl's, Inc. and Watterson Environmental Group, LLC

Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Watterson Environmental Group, LLC, c/o Registered Agent Solutions, Inc., 200 Byrd Way, Suite 205, Greenwood, IN 46143**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 3/24/2022

_Myla A. Eldridge_

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _/s/ ROM BYRON_
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

        Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

        Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.

1.     By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2.     By delivering a copy of summons and complaint personally to _____.
3.     By leaving a copy of the summons and complaint at _____th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____h is last known address.
4.     By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5.     Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.     By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2.     By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.     _____an d by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).
    All done in MARION County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY

STATE OF INDIANA )   IN THE MARION SUPERIOR COURT
  ) SS:
COUNTY OF MARION )   CAUSE NO.  49D06-2203-CT-009730

DARLEEN STEWART, )
  )
     Plaintiff, )
  )
v. )
  )
KOHL'S, INC. and WATTERSON )
ENVIRONMENTAL GROUP, LLC, )
  )
     Defendants. )

## **APPEARANCE**

Party Classification:   Initiating _____   Responding __X__   Intervening _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

          Defendant, WATTERSON ENVIRONMENTAL GROUP, LLC

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name:     John M. DeCastro     Atty. Number:     21592-49
Address:     200 West Madison Street     Telephone:     (312) 782-7191
          Suite 501     Facsimile:     (877) 369-4880
          Chicago, Illinois 60606
Email:     John.DeCastro@thehartford.com

[List on continuation page the additional attorneys appearing for above party member(s)]

3.     There are other party members:   Yes _____   No _____

4.     *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

     Not applicable.

5.     I will accept service by FAX at the above noted number: Yes __X__  No _____

6.      This case involves support issues:  Yes _____  No ____X_____

*(If  yes, supply social security numbers for all family members on continuation page.)*

7.      There are related cases:  Yes _____  No _____X_____

*(If  yes, list on continuation page)*

8.      This form has been served on all other parties.  Certificate of Service is attached:

        Yes ____X_____  No _____

9.      Additional information required by local rule:

_____

_____
John M. DeCastro (#21592-49) Attorney for
Defendant, Watterson Environmental Group, LLC

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the above pleading was served, via United States first class mail, postage pre-paid, or by electronic service, this <u>6th</u> day of <u>April</u> 2022, upon the following:

Rom Byron
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com

_____

John DeCastro

John M. DeCastro (#21592-49)
Law Offices of the Hartford
Financial Services Group, Inc.
200 W. Madison Street, Suite 501
Chicago, IL 60606
P: 312-782-7191
F: 877-369-4880
John.decastro@thehartford.com

STATE OF INDIANA        )     IN THE MARION SUPERIOR COURT
                        )     SS:
COUNTY OF MARION    )     CAUSE NO. 49D06-2203-CT-009730

DARLEEN STEWART,        )
                        )
       Plaintiff,        )
                        )
v.                        )
                        )
KOHL'S, INC. and WATTERSON  )
ENVIRONMENTAL GROUP, LLC,)
                        )
       Defendants.     )

## MOTION FOR ENLARGEMENT OF TIME

Comes Now Defendant, Watterson Environmental Group, LLC, by counsel, John DeCastro, moves the Court for an enlargement of time to respond to the Plaintiff's Complaint and, in support, state:

1.     A response to the Plaintiff's Complaint is due on or about April 24, 2022. Said deadline has not passed.

2.     No prior enlargements of time have been requested.

3.     Additional time is necessary to allow the Defendant's counsel to confer with his client, to review the facts and prepare an appropriate response.

WHEREFORE, the Defendant, Watterson Environmental Group, LLC, requests an additional thirty (30) days in which to answer or otherwise respond to the Plaintiff's Complaint, through and including May 24, 2022 and for all other just and proper relief.

Respectfully submitted,


/s/:    John M. DeCastro
John M. DeCastro (#21592-49) Attorney for
Defendant, Watterson Environmental Group, LLC

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above pleading was served, via United States first class mail, postage pre-paid, or by electronic service, this 6th day of April 2022, upon the following:

Rom Byron
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com

_____

John DeCastro

John M. DeCastro (#21592-49)
Law Offices of the Hartford
Financial Services Group, Inc.
200 W. Madison Street, Suite 501
Chicago, IL 60606
P: 312-782-7191
F: 877-369-4880
John.decastro@thehartford.com

STATE OF INDIANA    )    IN THE MARION SUPERIOR COURT
    )    SS:
COUNTY OF  MARION    )    CAUSE NO.  49D06-2203-CT-009730

DARLEEN STEWART,    )
    )
    Plaintiff,    )
    )
v.    )
    )
KOHL'S, INC. and WATTERSON    )
ENVIRONMENTAL GROUP, LLC,)
    )
    Defendants.    )

**F I L E D**

April 6, 2022
CLERK OF THE COURT
MARION COUNTY
JW

## **ORDER**

Defendant,  Watterson Environmental Group, LLC, by counsel, John DeCastro, files its Motion for Enlargement of Time in which to respond to the Plaintiff's Complaint, and the Court being duly advised, now GRANTS that Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant, Watterson Environmental Group, LLC is granted to and including May 24, 2022 to respond to the Plaintiff's Complaint.

___April 6, 2022_____    _____
Date    Judge, Marion Superior Court

*Distribution:*

Counsel of Record.

**UNITED STATES**
**POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 04/04/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8371 0262 81. Our records indicate that this item was delivered on 04/01/2022 at 10:23 a.m. in INDIANAPOLIS, IN 46250. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

KOHLS INC
C/O: CORPORATION CREATIONS NETWORK INC
STE 220
8520 ALLISON POINTE BLVD
INDIANAPOLIS IN 46250-4299

Customer Reference Number:        C3319873.19380931

Return Reference Number            Darleen Stewart

2

USPS MAIL PIECE TRACKING NUMBER:   420462509214890194038371026281

MAILING DATE:      03/28/2022

DELIVERED DATE:    04/01/2022

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    KOHLS INC
    C/O: CORPORATION CREATIONS NETWORK INC
    STE 220
    8520 ALLISON POINTE BLVD
    INDIANAPOLIS IN 46250-4299


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 03/28/2022 10:21 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 03/29/2022 22:29 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 03/29/2022 23:44 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/31/2022 20:37 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46241 |
| 04/01/2022 10:23 | DELIVERED LEFT WITH INDIVIDUAL | INDIANAPOLIS,IN 46250 |

# UNITED STATES
# POSTAL SERVICE

Mailer: Ken Nunn Law Office

Date Produced: 04/04/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8371 0263 11. Our records indicate that this item was delivered on 04/01/2022 at 02:44 p.m. in GREENWOOD, IN 46143. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

WATTERSON ENVIRONMENTAL GROUP, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
200 BYRD WAY, SUITE 205
GREENWOOD, IN 46143

Customer Reference Number:        C3319873.19380932
Return Reference Number            Darleen Stewart

USPS MAIL PIECE TRACKING NUMBER:  42046143921489019403837102631

MAILING DATE:     03/28/2022

DELIVERED DATE:   04/01/2022

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

WATTERSON ENVIRONMENTAL GROUP, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
200 BYRD WAY, SUITE 205
GREENWOOD, IN 46143


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 03/28/2022 10:21 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 03/29/2022 22:29 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 03/29/2022 23:44 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 04/01/2022 00:33 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46241 |
| 04/01/2022 14:44 | DELIVERED LEFT WITH INDIVIDUAL | GREENWOOD,IN 46143 |

100179.16

STATE OF INDIANA                          IN MARION SUPERIOR COURT NO. 6

COUNTY OF MARION                          CAUSE NO.: 49D06-2203-CT-009730

DARLEEN STEWART,

     Plaintiff,

v.

KOHL'S, INC. and WATTERSON
ENVIRONMENTAL GROUP, LLC,

     Defendants.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.     The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### KOHL'S, INC.

2.     Attorney information for service as required by Trial Rule 5(B)(2):

Matthew J. Jankowski     Atty. No. #20972-49
KOPKA PINKUS DOLIN PC     Telephone: 317-818-1360
550 Congressional Blvd., Suite 310  Facsimile:  317-818-1390
Carmel, IN 46032     Email:  mjjankowski@kopkalaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.

1

      2(A).

3.      This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.      I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5.      This case involves child support issues:  NO

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.      This case involves a petition for involuntary commitment:  NO

8.      Are there related cases:  NO

9.      Additional information required by local rule:  NONE

10.      Are there other party members:  NO

11.      This form has been served on all other parties and Certificate of Service is attached:  YES


Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: ___/s/ Matthew J. Jankowski_____
      Matthew J. Jankowski (#20972-49)
      Attorney for Kohl's, Inc.

2

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd.
Bloomington, IN  47404

John M. DeCastro
Law Offices of Hartford Financial Services Group, Inc.
200 W. Madison, Suite 501
Chicago, IL  60606

*/s/ Matthew J. Jankowski*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: MJJankowski@kopkalaw.com

Filed: 4/19/2022 10:19 AM
Clerk
Marion County, Indiana

100179.17

STATE OF INDIANA                          IN MARION SUPERIOR COURT NO. 6

COUNTY OF MARION                          CAUSE NO.: 49D06-2203-CT-009730

DARLEEN STEWART,

     Plaintiff,

v.

KOHL'S, INC. and WATTERSON
ENVIRONMENTAL GROUP, LLC,

     Defendants.

## **DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME**

Defendant, Kohl's, Inc., by counsel, Matthew J. Jankowski of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

    1.     That no prior extensions have been requested.

    2.     On information and belief, Defendant was notified of Plaintiff's claim on April 1, 2022, and its responsive pleading would be due on April 24, 2022, which has not yet passed.

    3.     The date to which said extension of time would automatically extend is May 24, 2022.

    4.     That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Kohl's, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including May 24, 2022.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:   */s/ Matthew J. Jankowski*
      Matthew J. Jankowski (#20972-49)
      Attorney for Kohl's, Inc.


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 19th day of April, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd.
Bloomington, IN  47404

John M. DeCastro
Law Offices of Hartford Financial Services Group, Inc.
200 W. Madison, Suite 501
Chicago, IL  60606

                                        */s/ Matthew J. Jankowski*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: MJJankowski@kopkalaw.com